**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JANET HENDERSON,**

    **Plaintiff,**

    v.

                                    Civil Action 2:14-cv-470
                                    Judge Gregory L. Frost
                                    Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 22.)  Per the parties agreement, on remand, the administrative law judge will further evaluate Plaintiff's mental impairment, including consideration of whether she met or equaled Listing 112.05(D).  In connection with this evaluation, the administrative law judge should consider Dr. Kramer's diagnosis of mental retardation, re-evaluate the IQ testing of record, and consider Plaintiff's adaptive functioning.  Finally, the administrative law judge shall also give further consideration to all opinions, including opinions from teachers and family, pursuant to the provisions of 20 CFR 416.927 and Social Security Rulings 96-2p, 96 5p, and 96-6p, taking care to explain the weight assigned to such opinion evidence.  Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

**IT IS SO ORDERED.**

      /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE