## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JANET HENDERSON,

       Plaintiff,

                                        **Case No. 2:14-cv-470**

  v.                               **JUDGE GREGORY L. FROST**

                                          **Magistrate Judge Elizabeth P. Deavers**

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

## ORDER

       On June 24, 2015, the parties filed a joint stipulation for an award of $1,750.00 in attorney's fees and $400.00 in costs under the Equal Access to Justice Act.  (ECF No. 28.)  This Court accepts the joint stipulation and awards Plaintiff the stipulated attorney's fees and costs. The parties shall coordinate the payment of the award as set forth in the joint stipulation.

       The Clerk shall terminate the motion for attorney's fees and costs on the docket.  (ECF No. 25.)

       **IT IS SO ORDERED.**

                                              /s/ Gregory L. Frost
                                    GREGORY L. FROST
                                    UNITED STATES DISTRICT JUDGE